UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHANETTA WELCH ROBINSON ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action Number:** |
| ) | |
| ACCORD SERVICES, LLC, a ) | **1:17-cv-01275-LMM** |
| Domestic Limited Liability Company ) | |
| and DARLENE DILLON, an ) | |
| individual, ) | |
| ) | |
| **Defendants.** ) | |

## [PROPOSED] ORDER

The parties filed a Joint Motion for Approval of Settlement of Claims under the Fair Labor Standards Act along with their proposed Settlement Agreement and Release. In their Motion, the parties provide detailed information regarding the manner in which the settlement amounts were calculated. The Court has reviewed the Settlement Agreement for adequacy consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on this review, the Court finds that the settlement agreement constitutes fair, reasonable, and adequate resolution of this action. **THEREFORE**, the Court **GRANTS** the parties' Joint

Motion for Approval of Settlement of Claims and **APPROVES** the Settlement Agreement and Release.

**IT IS SO ORDERED** this 27th day of November, 2017.

                                         *[signature]*
                                         **Leigh Martin May**
                                         **United States District Judge**